# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KIONNA FOX,<br><br>    Plaintiff,<br><br>v.<br><br>TRANSWOOD, INC., TRANSWOOD CARRIERS, INC., and J.C. FLEMING, INC.,<br><br>    Defendants. | Case No. 3:18-cv-02191-JPG-RJD |

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

The parties have filed a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), signed by all parties who have appeared. (ECF No. 23.) In the stipulation, the parties agree that defendant Transwood, Inc. is the proper defendant in this case, and Transwood Carriers, Inc. and J.C. Fleming, Inc. can be dismissed accordingly. Because the parties have met the requirements of Rule 41(a)(1)(A)(ii), the Court **FINDS** that defendants Transwood Carriers, Inc. and J.C. Fleming, Inc. are **DISMISSED WITH PREJUDICE**. The Court **DIRECTS** the Clerk of Court to terminate them as defendants in this case.

**IT IS SO ORDERED.**

**DATED: JANUARY 30, 2019**

                                                                    *s/ J. Phil Gilbert*
                                                                      **J. PHIL GILBERT**
                                                                      **U.S. DISTRICT JUDGE**