IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KIONNA FOX,<br>Plaintiff,<br><br>v.<br><br>TRANSWOOD, INC.,<br>TRANSWOOD CARRIERS, INC., and<br>J.C. FLEMING, INC.,<br>Defendants. | Case No. 18–CV–02191–JPG |

## JUDGMENT

This matter having come before the Court, and the parties having stipulated to dismissal,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Kionna Fox's Complaint against Defendants Transwood, Inc., Transwood Carriers, Inc., and J.C. Fleming, Inc. is **DISMISSED WITH PREJUDICE**, with each party to bear their own fees and costs.


**Dated: Thursday, May 7, 2020**          **MARGARET M. ROBERTIE**
                                           **CLERK OF COURT**

                                           **s/Tina Gray, Deputy Clerk**


**Approved by: s/J. Phil Gilbert**
              **J. PHIL GILBERT**
              **UNITED STATES DISTRICT JUDGE**